IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rick Harmon,

          Plaintiff,

      -vs-

Equifax Information Services, LLC,

          Defendant.

Case No. 3:26 CV 561

DISMISSAL ORDER

JUDGE JACK ZOUHARY

     Counsel represent that this case has resolved (Doc. 12), this case is settled.  Therefore, the docket is marked: "Settled and dismissed with prejudice.  Each party is to bear its own costs."

     Counsel shall complete settlement paperwork within forty-five (45) days.  This Court retains jurisdiction to enforce the terms of the settlement.

     IT IS SO ORDERED.

                                s/ *Jack Zouhary*
                                JACK ZOUHARY
                                U. S. DISTRICT JUDGE

                                May 28, 2026